[No. 7782–5–II.   Division Two.   April 8, 1986.]

THE CREDIT BUREAU, INC., OF GEORGIA, *Appellant,* v.
LYNN F. HAYDEN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–2–00940–2, Robert H. Peterson, J., entered April 23, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Alexander, JJ.

[No. 7678–1–II.   Division Two.   April 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH
ANTHONY WHITE, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 7691, Milton R. Cox, J., entered February 17, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7831–7–II.   Division Two.   April 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK
EDWARD NICHOLS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–1–02087–7, James P. Healy, J., entered May 24, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.

[No. 7537–7–II.   Division Two.   April 8, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CORNELIUS
A. RUPERT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–1–00111–3, John W. Schumacher, J., entered January 9, 1984. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, A.C.J., and Alexander, J.